## EXHIBIT A

## GRIEVANCE STEP 2 RESPONSE, DATED 11-12-21

**Michigan Department of Corrections**         IBC-2021-09-2335-12Z

**Grievance Step II Response**                  CORHN  611013

Grievant claims that Health Care staff lied when asked about his vision problems by library staff. Grievant states that he has been denied the services of a legal writer as a result.

Investigation determined that grievant's issue was appropriately addressed by the Step I Respondent and is affirmed at the Step II Appeal. Review of the electronic medical record reveals that grievant was evaluated by an ophthalmologist on 4/13/2021. Per documentation of that visit, the specialist noted that grievant's vision was "back at baseline at 20/25 OU (both eyes) but patient complains of intermittent double vison and decreased peripheral vision."

The legal writer service is neither authorized nor provided by Health Care. This respondent does not have access to the content of the conversation or the documentation that was exchanged between Health Care and the librarian re: grievant's request for a legal writer. However, the Step I response infers that the information outlined in the paragraph above is the information that was relayed to the librarian. Normal visual acuity is 20/20. Based on the documentation of grievant's 4/13/2021 ophthalmology visit, it appears that grievant's visual acuity is nearly normal at 20/25. Barring some other significant visual impairment, it would seem unlikely that grievant would qualify for legal writer services based on his vision. However, to ensure that all factors are addressed, this issue has been referred to the IBC optometrist for review. If the optometrist determines that grievant requires assistance to read/write based on his vision, Health Care will ensure that appropriate steps are taken to provide that assistance. Grievant is encouraged to contact Health Care if he has any further questions or concerns re: Health Care's role in this process.

Grievance denied.

| | | |
|---|---|---|
| Patricia Lamb, RN, BSN | *Patricia Lamb, RN, BSN* | November 12, 2021 |
| Respondent Name | Respondent Signature | Date |