<u>EXHIBIT B</u>

<u>STEP 2 APPEAL RESPONSE, DATED 9-28-21</u>

## Step II Appeal Response

Grievance Identifier: IBC 2108-2102-14Z2
Name: Corhn
Number: 611013
Institution: IBC
Lock: HU 6-242B

Response: Step I response by Librarian Dewald is both adequate and appropriate to address the allegations or concerns presented in the grievance. Prisoner Corhn does not qualify for the legal writer program criteria as outlined in PD 05.03.116T.

Prisoner Corhn's appeal provides neither sufficient evidence nor information that substantiates his allegations.

Grievance denied.


Matt Macauley, Warden                 *[signature]*                    9/28/21
Respondent's Name              Respondent's Signature               Date