TO Clerk of US District Court

Enclosed is a civil complaint (2copys) and motion for appointment of counsel (2copys) that I would like filed with the courts. The $402.00 Filin Fee should be included with this mail As I have filled out the disbursement Authorization for the funds to be tooken out my account with the prison. Can you please send me a court docket as soon as this complaint and motion for appointment is filed so that I can have my case number and the name of the Judge this case is assined to

Thank You

Dennis Corhn JR #611013
Bellamy Creek Correctional
1727 W Bluewater Hwy
Ionia MI 48846

FILED - LN
March 25, 2022 2:10 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod / SCANNED BY: /3/25

1:22-cv-282
Sally J. Berens
U.S. Magistrate Judge

Dennis Corhn Jr. #ell(

Bellamy Creek Corr Facility

1727 W. Bluewater Hwy

Ionia, MI 48846

Screened by USMS



.S. District Court

5 W Allegan

nsing, MI 48933