UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DENNIS CORHN #611013, JR,

    Plaintiff,                  Case No. 1:22–cv–282

v.                             Hon. Jane M. Beckering

JAY COOLEY, et al.,

    Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

Under Local Civil Rule 73 and Administrative Order No. 21–MS–042, this case is assigned to District Judge Jane M. Beckering and Magistrate Judge Sally J. Berens.

CLERK OF COURT

Dated:  April 25, 2022           By:      /s/ E. Siskind_____
                                                   Deputy Clerk