United States District Court
For the Western District of Michigan
Souther Division

Dennis Corhn Jr.,
    Plaintiff,

v.

Jay Cooley, et al.,
    Defendants

Case No.1: 22-cv-282
Hon. Jane M. Beckering
Mag. Sally J. Berens

FILED - KZ
August 24, 2022 11:14 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by BS /8/24

## Notice of Change of Address

This notice is to inform the Courts and all parties that Plaintiff was release from prison Aug 16th 2022 and his new address and cell where he can be reach at is listed below

Dennis Corhn Jr
4686 Rock Terrace Ct Apt 107
Holland MI 49424
Cell 616-334-6331

Dated 8/19/22
Dennis Corhn Jr

## Proof of Service

I certifie that the forgoin was place in U.S. mail on 8/20/22

Dennis Corhn Jr

Dennis Cornh JR
4686 Rock Terrace ct Apt 107
Holland mI 49424

GRAND RAPIDS MI 493
22 AUG 2022 PM 6

Office of the clerk
united States District Court
107 Federal Building
W. Michigan Avenue
Kalamazoo, MI 49007

49007-390711