UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DENNIS CORHN, JR.,

        Plaintiff,

Case No. 1:22-cv-282

v.

Honorable Jane M. Beckering

JAY COOLEY et al.,

        Defendants.
_____/

### ORDER FOR PARTIAL DISMISSAL AND DENYING PENDING MOTION

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's motion to appoint counsel (ECF No. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Gibson are **DISMISSED WITHOUT PREJUDICE** under Rule 21 of the Federal Rules of Civil Procedure because they are misjoined.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Macauley and Buchin that involve conduct other than their responses to Plaintiff's grievances for conduct in December 2019, also are **DISMISSED WITHOUT PREJUDICE** under Rule 21 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims against Defendants Macauley and Buchin, which relate to their responses to Plaintiff's grievances for conduct in December 2019 are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's First Amendment retaliation claim against Defendant Cooley is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:    September 12, 2022                        /s/ Jane M. Beckering
                                                                                   Jane M. Beckering
                                                                                  United States District Judge