United States District Court
Western District of Michigan

Dennis Corhn JR
Plaintiff

Case no 1:22-CV-282

V

Hon Jane M. Beckering

Jay Cooley et al,
    Defendants /

FILED - KZ
September 26, 2022 11:52 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES /9/26

Change of phone number

Plaintiff phone number where he can be reach at is as follows

Dennis Corhn JR
616 510-6099
4686 Rock Terrace CT
Holland MI 49424

Dated sept 21

proof of service

I certifie that the following was place in us mail on sept 21st 2022

Dennis corhn JR
616-510-6099
4686 Rock terrace CT
Holland MI 49424

Dennis Corbin JR
4686 rock Terrace CT
Holland, MI 49424

US District Court
410 W Michigan Ave #107
Kalamazoo MI 49007