UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DENNIS CORHN #611013,

    Plaintiff,                         NO. 1:22-cv-282

v                                     HON. JANE M. BECKERING

JAY COOLEY, *et al.*,            MAG. PHILLIP J. GREEN

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I certify that on **October 3, 2022**, Plaintiff was served with the **LIMITED APPEARANCE OF COUNSEL,** and I certify that my secretary, Joleen McQuiston, has mailed by U.S. Postal Service the papers to the following non-ECF participant(s):

    Dennis Corhn #611013
    *In Pro Per*
    4686 Rock Terrace Court, Apt. 107
    Holland, MI  49424

                                            *s/ Austin C. Raines*
                                            AUSTIN C. RAINES (P82583)
                                            Assistant Attorney General
                                            Corrections Division
                                            P.O. Box 30217
                                            Lansing, MI  48909
                                            rainesa@michigan.gov
                                            (517) 335-3055
                                            P82583

Raines\Mediation Prog\Corhn – Cert of Service