UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DENNIS CORHN #611013,

   Plaintiff,

VS.

JAY COOLEY, et al.,

   Defendants.
                              /

Case No. 1:22-cv-00282-JMB-SJB

Hon. Phillip J. Green

## ORDER

On September 12, 2022, this Court entered an Order staying the case and referring the matter to the Early Mediation Program (ECF No. 10). The order stayed the case for 120 days to allow for mediation to take place. Those 120 days expired on January 10, 2023. Accordingly,

**IT IS ORDERED** that this matter will be **STAYED** for another 120 days to allow the parties to participate in mediation. The original Order Staying the Case and Referral to the Pro Se Prisoner Civil Rights Litigation Early Mediation Program will remain in effect in regard to participation for the mediation.

**IT IS SO ORDERED.**

Dated: April 28, 2023

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge